UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


JAMES H. STREET, JR.,

    Plaintiff,

                                                      Case No. 2:07-cv-130

v

                                                      Hon. Wendell A. Miles

NEWBERRY CORRECTIONAL FACILITY
WARDEN BARRY DAVIS,
SGT. PRICE, SGT. DAVIS,
OFFICER MERCHNSICK, and
"ET. AL.,"

    Defendants.

_____/


ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION


       James H. Street, Jr., a Michigan prisoner currently confined at the Hiawatha Correctional Facility, has filed an amended complaint in this case asserting claims under 42 U.S.C. § 1983 and state law.  On September 3, 2008, United States Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R & R") recommending the denial of two motions filed by plaintiff: (1) his motion for partial summary judgment (docket no. 13), and (2) his motion for a temporary restraining order and preliminary injunction (docket no. 39).  Plaintiff has filed a written response indicating that he does not object to the R & R.  The court therefore adopts the R & R, and accordingly,

IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for partial summary judgment is DENIED.

2. Plaintiff's motion for temporary restraining order and preliminary injunction is DENIED.

So ordered this 19th day of September, 2008.

    /s/ Wendell A. Miles
Wendell A. Miles, Senior Judge